Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-07-00554-CR

Andre Omar **CLEWIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CR-9206C
Honorable Mary Roman, Judge Presiding

Opinion by: Phylis J. Speedlin, Justice

Sitting: Karen Angelini, Justice
Phylis J. Speedlin, Justice
Steven C. Hilbig, Justice

Delivered and Filed: July 9, 2008

AFFIRMED

Andre Omar Clewis pled guilty to the offense of aggravated robbery with a deadly weapon.

The plea was an open plea, and the trial court assessed a sentence of forty-five years. Clewis's

court-appointed attorney filed a brief containing a professional evaluation of the record in

accordance with *Anders v. California,* 386 U.S. 738 (1967). Counsel concludes that the appeal has

no merit. Counsel provided Clewis with a copy of the brief and informed him of his right to review

the record and file his own brief. *See Nichols v. State,* 954 S.W.2d 83, 85-86 (Tex. App.—San

Antonio 1997, no pet.); *Bruns v. State,* 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).  Clewis did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed.  Appellate counsel's motion to withdraw is granted.  *Nichols v. State,* 954 S.W.2d at 86; *Bruns* 924 S.W.2d at 177 n.1.

Phylis J. Speedlin, Justice

DO NOT PUBLISH